HELEN C. BLANK, Appellant, v. JAMES J. WALKER et al., Constituting the Commissioners of the Sinking Fund of the City of New York, et al., Respondents.

(Argued January 8, 1930; decided February 11, 1930.)

514

*William A. Blank* for appellant.

*Arthur J. W. Hilly, Corporation Counsel (Joseph P. Reilly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, J.